# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JOE EDWARD NASH, | ) | No. CV 10-8899-GW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| TIM BUSBY, Warden (A), | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the first amended petition in this matter is denied and dismissed with prejudice.

DATED: December 6, 2011

_George H. Wu_
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE